Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Amy L. Howard
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Old Dominion Freight Line, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BOBETTE COUSINEAU, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01823-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Bobette Cousineau ("Plaintiff") and Defendant Old Dominion Freight Line, Inc. ("Defendant"), by and through undersigned counsel, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. ECF No. 1).  Defendant's response to the Complaint is currently due October 8, 2021.  The parties jointly request an extension of time up to and including October 22, 2021 in which to respond.  One of Defendant's counsel has just returned from parental leave and will be working a reduced schedule for the next few months.  As such, Defendant requires additional time to prepare a proper response.  Defendant is not contesting the date of service of the Complaint in this matter or service of the same.  This is the parties' first request for an extension of time.

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 8th day of October, 2021.

DATED this 8th day of October, 2021.

GABROY LAW OFFICES

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Kaine Messer*

/s/ *Amy L. Howard*

Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
170 South Green Valley Parkway
Suite 280
Henderson, NV  89012
*Attorneys for Plaintiff*

Anthony L. Martin
Nevada Bar No. 8177
Amy L. Howard
Nevada Bar No. 13946
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

October 12, 2021

DATED

2