# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBETTE COUSINEAU. <br>     Plaintiff, <br> v. <br> OLD DOMINION FREIGHT LINE, INC., <br>     Defendant. | Case No.: 2:21-cv-01823-RFB-BNW <br><br> **Order** <br><br> [Docket No. 13] |

      Pending before the Court is the parties' stipulation to continue the Early Neutral Evaluation. Docket No. 13. For good cause shown, the parties' stipulation is **GRANTED**. The Settlement Conference currently set for December 7, 2021, is **CONTINUED** to **January 6, 2022, at 9:30 a.m.** The parties shall submit their confidential ENE statements to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on December 30, 2021**. All other requirements outlined in Docket No. 6 continue to apply.

      IT IS SO ORDERED.

      Dated: October 19, 2021

                                                Nancy J. Koppe <br>
                                                United States Magistrate Judge