GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff Bobette Cousineau*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BOBETTE COUSINEAU, an individual;<br><br>　　　　　　Plaintiff,<br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC.;<br>DOES I through X; and ROE Corporations<br>XI through XX, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-01823-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Bobette Cousineau ("Plaintiff") and Defendant Old Dominion Freight Line, Inc. ("Defendant"), by and through undersigned counsel, hereby request and stipulate to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss. (EFC No. 15). Plaintiff's response to the Motion to Dismiss is currently due November 5, 2021. The parties jointly request an extension of time up to and including November 12, 2021 for Plaintiff to respond and an extension of time up to and including November 22, 2021 for Defendant to file a Reply. Plaintiff's counsel has a large trial on November 4 and 5, 2021 that has been two years in the making. As such, Plaintiff requires additional time to prepare a proper response. Further, Defendant requires a few extra days to prepare a Reply due to attorney Amy L. Howard's upcoming departure from the firm. This is the parties' first request for an extension of time.

This stipulation is made in good faith and is not intended for purposes of delay.

| DATED this 5 day of November, 2021 | DATED this 5 day of November, 2021 |
|---|---|
| GABROY LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Christian Gabroy | /s/ Amy L. Howard |
| Christian Gabroy, Esq. | Anthony L. Martin |
| Kaine Messer, Esq. | Nevada Bar No. 8177 |
| The District at Green Valley Ranch | Amy L. Howard |
| 170 South Green Valley Parkway | Nevada Bar No. 13946 |
| Suite 280 | Wells Fargo Tower |
| Henderson Nevada 89012 | Suite 1500 |
| Tel: (702) 259-7777 | 3800 Howard Hughes Parkway |
| Fax: (702) 259-7704 | Las Vegas, NV 89169 |
| christian@gabroy.com | *Attorneys for Defendant* |
| kmesser@gabroy.com | |
| *Attorneys for Plaintiff* | |

IT IS SO ORDERED.

**ORDER**



RICHARD E. BOULWARE, II
United States District Court

DATED this 5th day of November, 2021.