# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBETTE COUSINEAU.<br>    Plaintiff,<br>v.<br>OLD DOMINION FREIGHT LINE, INC.,<br>    Defendant. | Case No.: 2:21-cv-01823-RFB-BNW<br><br>**Order**<br><br>[Docket No. 29] |

Pending before the Court is the parties' stipulation to continue the Early Neutral Evaluation. Docket No. 29. For good cause shown, the parties' stipulation is **GRANTED**. The Settlement Conference currently set for January 19, 2021, is **CONTINUED** to **February 15, 2022, at 10:00 a.m.** The parties shall submit their confidential ENE statements to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on February 8, 2022**. All other requirements outlined in Docket No. 6 continue to apply.

IT IS SO ORDERED.

Dated: January 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1